

FILED
July 20, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**03-15-00436-CV**

7/20/2015 2:19:05 PM
Velva L. Price
District Clerk
Travis County
D-1-GV-02-002501

CAUSE NO. D-1-GV-02-002501

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | IN THE DISTRICT COURT |
| THE TEXAS DEPARTMENT OF INSURANCE, and | § | |
| THE TEXAS COMMISSIONER OF INSURANCE, | § | |
|   Plaintiffs, | § | |
| | § | |
| vs. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| FARMERS GROUP, INC., | § | |
| FARMERS UNDERWRITERS ASSOCIATION, | § | |
| FIRE UNDERWRITERS ASSOCIATION, | § | |
| FARMERS INSURANCE EXCHANGE, | § | |
| FIRE INSURANCE EXCHANGE, TEXAS | § | |
| FARMERS INSURANCE COMPANY, | § | |
| MID-CENTURY INSURANCE COMPANY OF TEXAS, | § | |
| MID-CENTURY INSURANCE COMPANY, | § | |
| FARMERS TEXAS COUNTY MUTUAL INSUR. CO., | § | |
| TRUCK INSURANCE EXCHANGE, and | § | |
| TRUCK UNDERWRITERS ASSOCIATION, | § | |
|   Defendants. | § | 261ST JUDICIAL DISTRICT |

### Intervenors Gerald and Leslie Hooks's Notice of Interlocutory Appeal

Intervenors Gerald and Leslie Hooks give notice of their desire to appeal from the Order of Preliminary Approval signed by this Court on 6 July 2015. This is an interlocutory appeal pursuant to § 51.014 (a) (3) and § 51.014 (b) Tex. Civ. Prac. & Rem. Code which is directed to the Third Court of Appeals as an accelerated appeal

Respectfully submitted,
**Joseph C. Blanks, P.C.,**



By: Joseph C. Blanks, TBN 02456770,
**PO Box 999, Doucette, Texas 75942. 409-837-9707 fax 877-563-7052**
   **Attorney for the Hooks Intervenors**

–1–

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document for the Hooks Intervenors upon all attorney(s) of record, Joshua Godbey & Co., Richard Carrell, Marcie Hogan Greer, and Scott Incerto & Co., as well as Joe Longley and Phil Maxwell, all by fax on 18 July 2015. I also served Michael J. Woods by email on that day. I mailed a courtesy copy on paper to the Court on 20 July 2015, as well.



Joseph C. Blanks


Joshua Godbey and James R. Wenzel; Office of the Attorney General of Texas
  P.O. Box 12548, 209 West 14th Street, Austin, Texas 78711-2548

Richard N. Carrell, Norton Rose Fulbright L.L.P. , fax 713-651-5246,
  1301 McKinney, Suite 5100, Houston, Texas 77010-3095

M. Scott Incerto, Norton Rose Fulbright L.L.P., fax 512-536-4598,
  98 San Jacinto Blvd., Suite 1100, Austin, Texas 78701

Marcy Hogan Greer, Firm Unknown, fax 512-482-9303
  515 Congress Ave., Suite 2350, Austin, Texas 78701

Joe K. Longley & Phil K. Maxwell,
  1609 Shoal Creek Blvd., No. 100,Austin, Texas 78701

Michael J. Woods, *pro se pro*
  8620 N. New Braunfels, Suite 522, San Antonio, Texas 78217.

Sara Waitt, General Counsel Texas Department of Insurance
P. O. Box 149104, Austin, TX 78714-9104